# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 OCT 20 AM 8:07

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OBED CASTILLO-LOYA,<br><br>　　　　　　　　　　Defendant. | CASE NO.   2010CR3197-JLS<br><br>BY:　　　　　　　DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　the Court has dismissed the case for unnecessary delay; or

X　the Court has granted the motion of the Government for dismissal without prejudice; or

__　the Court has granted the motion of the defendant for a judgment of acquittal; or

__　a jury has been waived, and the Court has found the defendant not guilty; or

__　the jury has returned its verdict, finding the defendant not guilty;

X　of the offense(s) of the Indictment/Information: 8 USC §1326(a) Deported alien found in the United States.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 15, 2010

　　　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE